now among the files. In the absence of anything in the record conclusively showing the contrary, the recital in the judgment order that the issues were then joined must prevail, and it must accordingly be assumed as a fact affirmatively shown by the record, that a replication had been filed. Opinion by BAILEY, P. J. Judge below, ELLIOTT ANTHONY. Attorneys, for plaintiff in error, Mr. ROBERT HERVEY ; for defendant in error, Mr JAMES FRAKE. Opinion filed March 31, 1886.

No. 12—2271. Cornelia J. Chadwick et al. v. Alvina C. McKee. An action of trespass for breaking and entering the plaintiff's dwelling house, and also for taking and carrying away divers goods and chattels belonging to the plaintiff. At the trial before the court and a jury, defendants Cornelia J. Chadwick and Loren Chadwick only were convicted, and the plaintiff's damages were assessed against them at $5,000. For this sum and costs the plaintiff had judgment. The court is of the opinion that the damages are clearly and largely excessive. Most of the damages awarded are manifestly punitive, as it would be difficult, upon any reasonable view of the evidence, to estimate the plaintiff's actual or compensatory damages at more than one tenth of the sum given by the jury, and there is very little, if any basis in the evidence for the imposition of punitive damages, at least as against Cornelia J. Chadwick. While in cases of this character, the measure of damage is, to a certain extent, within the discretion of the jury, yet it is the duty of the court to see that the verdict is not oppressive, and that it is the clear and deliberate judgment of the jury, uninfluenced by any improper motives : Lockwood v. Onion, 56 Ill. 512. Opinion PER CURIAM. Judge below, JOSEPH E. GARY. Attorneys, for plaintiffs in error, Messrs. McCoy, POPE & McCoy ; for defendant in error, Mr. W. S. HARBERT and Mr. W. P. BLACK. Opinion filed March 31, 1886.

No. 156—2270. The Louisville, New Albany & Chicago Ry. Co. v. Robert M. Cherrie et al. This is an appeal from a judgment for $748.43, obtained in the court below by appellees, Cherrie & Co., against appellant, for commissions claimed to have been earned in the purchase of railroad materials. There is no pretense that appellant, the defendant below, ever employed Cherrie & Co., the plaintiffs, to make